IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW M. LAKOTA, | No. 2:07-cv-02094-MCE-DAD PS |
| Plaintiff, | |
| vs. | ORDER |
| CHIEF JUSTICE RONALD M. GEORGE (individually and in his capacity as head of The Judicial Council of California), | |
| Defendant. | |
| _____/ | |

Plaintiff, proceeding pro se, filed the above-entitled action seeking injunctive relief. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On December 11, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed timely objections to the findings and recommendations.

///

///

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file,
3 the court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The findings and recommendations filed December 11, 2007, are adopted in full; and
7  2.  This action is dismissed with prejudice.
8 Dated: January 24, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE